THE STATE OF OHIO, APPELLEE, *v.* WHITE, APPELLANT.

[Cite as *State v. White* (1995), 73 Ohio St.3d 348.]

(No. 95–429—Submitted May 9, 1995—Decided August 23, 1995.)

*Michael T. White, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.